**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

HOME-TECH SERVICES, INC.,

                Plaintiff,

-vs-                                        Case No.  2:06-cv-623-FtM-99DNF

HOME TECH ENTERPRISES, LLC.,
GHAZI ALLAN, DONNA J. ALLAN,
JOHN DOES, JANE DOES, ABC
COMPANIES,

                Defendants.
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the following motion filed herein:

> **MOTION:**     DONNA ALLAN'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 7)
>
> **FILED:**     December 20, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

> **MOTION:**     GHAZI ALLAN'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 9)
>
> **FILED:**     December 20, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Defendants Donna J. Allan and Ghazi Allan are requesting leave to proceed without the prepayment of fees. Pursuant to 28 U.S.C. §1915, a party may proceed without prepayment of fees if that person is found to be indigent. Donna Allan and Ghazi Allan filed Affidavits with their Applications. Upon review of the Affidavits, the Court determines that Donna Allan and Ghazi Allan have regular incomes and are not indigent. Therefore, the Court respectfully recommends that the Applications to Proceed Without Prepayment of Fees be denied.

**Answer**

The Court reviewed the Answer (Doc. 8) filed on December 20, 2006. The Answer was filed by Donna Allan and Ghazi Allan on behalf of themselves as well as Home Tech Enterprises, LLC. Donna Allan and Ghazi Allan may represent themselves, however a corporation "may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 and Rule 2.02." Local Rule 2.03(e) of the Local Rules of the Middle District of Florida. Neither Donna Allan nor Ghazi Allan may represent Home Tech Enterprises, LLC.

It is respectfully recommended that the Answer (Doc. 8) be stricken as to Home Tech Enterprises, LLC, and that Home Tech Enterprises, LLC be required to retain counsel within thirty (30) days.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __17th__ day of January, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record