UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOME-TECH SERVICES, INC.,

                Plaintiff,

vs.                      Case No.  2:06-cv-623-FtM-99DNF

HOME TECH ENTERPRISES, LLC., GHAZI
ALLAN, DONNA J. ALLAN, JOHN DOES,
JANE DOES, ABC COMPANIES,

                Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #10), filed January 17, 2007, recommending defendant Donna J. Allan's Application to Proceed Without Prepayment of Fees (Doc. #7) and defendant Ghazi Allan's Application to Proceed Without Prepayment of Fees (Doc. #9) be denied; and that the "Complaint Response" (Doc. #8), construed as an Answer be stricken as it pertains to defendant Home Tech Enterprises, LLC.   No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #10) is hereby **adopted** and defendant Donna J. Allan's Application to Proceed Without Prepayment of Fees (Doc. #7) and defendant Ghazi Allan's Application to Proceed Without Prepayment of Fees (Doc. #9) are **DENIED**.  Additionally, the he "Complaint Response" (Doc. #8), construed as an Answer, is **stricken** as it pertains to defendant Home Tech Enterprises, LLC. who shall be required to obtain counsel within **THIRTY (30) DAYS** of this Order.

2.  The Clerk shall add the address of 1108 NW 42nd Place, Cape Coral, Florida 33993 for defendants Dona J. Allan and Ghazi

Allan to the docket, who are deemed to be proceeding *pro se* unless a Notice of Appearance is filed by counsel on their behalf.

     **DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of February, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties