# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**HOME-TECH SERVICES, INC.,**

        **Plaintiff,**

-vs-                                               Case No.  2:06-cv-623-FtM-34DNF

**HOME TECH ENTERPRISES, LLC.,
GHAZI ALLAN, DONNA J. ALLAN,
JOHN DOES, JANE DOES, ABC
COMPANIES,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This Cause comes before the Court upon a review of the electronic docket.  On January 17, 2007, this court entered a Report and Recommendation which recommended that the Answer filed by corporate Defendant, Home Tech Enterprises, LLC be stricken for failing to retain counsel.  The District Court adopted the Report and Recommendation in its Opinion and Order (Doc. 11) and required Home Tech Enterprises LLC to retain counsel within thirty (30) days from February 2, 2007.  No notice of appearance was filed on behalf of Home Tech Enterprises LLC.  In another Order (Doc. 17) entered on March 16, 2007, the District Court ordered Home Tech Enterprises LLC to retain counsel by April 16, 2007.  Again no notice of appearance was filed on behalf of Home Tech Enterprises LLC.  On April 24, 2007, the District Court entered an Order to Show Cause, requiring Home Tech Enterprises LLC to show cause by May 4, 2007, why a default should not be entered

against it for failing to obtain counsel. As of the date of this Report and Recommendation, Home Tech Enterprises LLC has not retained counsel.

According to Local Rule 2.03(e), "[a] corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02." Pursuant to 28 U.S.C. §1654, a party may appear and conduct their own cases personally, however, a lay person is not permitted to represent any other person or entity, and a corporation is a separate entity. *United States of America v. Blake Medical Center*, 2003 WL 21004734, *1 (M.D. Fla. 2003). Home Tech Enterprises LLC had ample opportunity to retain counsel and has failed to comply with the Local Rules as well as the Orders of this Court.

**IT IS RESPECTFULLY RECOMMENDED:**

That a default be entered against Home Tech Enterprises LLC for failing to comply with Orders entered by the Court and for failing to comply with Local Rule 2.03(e).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __17th__ day of May, 2007.

Copies: All Parties of Record

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE