**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

HOME-TECH SERVICES, INC.,

    Plaintiff,

-vs-                                                    Case No.  2:06-cv-623-FtM-34DNF

HOME TECH ENTERPRISES, LLC.,
GHAZI ALLAN, DONNA J. ALLAN

    Defendants.
_____/

## **ORDER**

    This cause is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 20; Report), entered May 17, 2007.  In the Report, Magistrate Judge Frazier recommended that a default be entered against Defendant Home Tech Enterprises, LLC for its failure to comply with the Court's Orders (Dkt. Nos. 11, 17, 19), entered on February 2, 2007, March 16, 2007, and April 24, 2007, and for its failure to comply with Local Rule 2.03(e). See Report at 2.  To date, no objections to the Report have been filed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14,

2007). Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court will accept and adopt the Report of the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is **directed** to enter a default against Defendant Home Tech Enterprises, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Ft. Myers, Florida this 11th day of July, 2007.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc1

Copies to:
Counsel of Record